Carpenter & Mosher, for claimants of the Mary McWilliams and appellants.

S. Hanford, for claimants of the City of Brockton and appellee.

David Willcox, for libelants and appellees.

Stricken from calendar for failure to answer call of docket, pursuant to the seventeenth rule.

---

## MAYOR, ETC., OF CITY OF NEW YORK et al. v. WORKMAN.

(Circuit Court of Appeals, Second Circuit. May 6, 1895.)

### No. 118.

Appeal from the District Court of the United States for the Southern District of New York.

Application for certification to the supreme court of the United States. Denied.

---

## NEW YORK & H. R. R. CO. v. ACCUMULATOR CO.

(Circuit Court of Appeals, Second Circuit. March 13, 1893.)

Appeal from the Circuit Court of the United States for the Southern District of New York.

W. H. Kenyon, for appellant.

Frederick H. Betts, for appellee.

Stricken from the calendar for failure to answer the call of the docket, pursuant to the seventeenth rule.

---

## PRESS PUB. CO. v. FALK.

(Circuit Court of Appeals, Second Circuit. November 15, 1894.)

### No. 27.

Appeal from the Circuit Court of the United States for the Southern District of New York.

Platt & Bowers, for complainant and appellant.

Benno Lewinson, for defendant and appellee.

Dismissed by consent.

---

## PROVIDENT FUND SOC. v. WILLIAMS.

(Circuit Court of Appeals, Second Circuit. March 13, 1895.)

Appeal from the Circuit Court of the United States for the Southern District of New York.

A. M. Sanders, for appellant.

Carter, Hughes & Kellogg, for appellee.

No opinion. Dismissed, pursuant to the sixteenth rule.